UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLYDESDALE STEEL, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BEST TUNNELING & BORING,<br>LLC,<br><br>        Defendant. | Civil Action No. _____<br><br>**COMPLAINT AND JURY<br>DEMAND** |

Plaintiff CLYDESDALE STEEL, LLC ("Clydesdale"), by its counsel, Cozen O'Connor, as for its Complaint against Defendant BEST TUNNELING & BORING, LLC ("Best Tunneling"), alleges as follows:

## THE PARTIES

1.    Clydesdale is a limited liability company organized under the laws of the State of New Jersey, and has a principal place of business at 80 Amboy Road, Morganville, New Jersey 07751. Clydesdale has two individual members, Mr. Arty Quackenbush and Mr. Andrew Bingaman, both of whom are residents of New Jersey who intend to remain in New Jersey. Thus, for purposes of citizenship, Clydesdale is a citizen of New Jersey.

2.    Upon information and belief, Best Tunneling is a limited liability corporation organized under the laws of the State of South Carolina and has a principal place of business at 160 Staton Drive (160 State Rd S-42-4359), Roebuck,

South Carolina 29376. Upon information and belief, Best Tunneling has two individual members, Ms. Chastity Missen and Mr. Neville Missen. Upon information and belief, both Mr. and Ms. Missen are residents of Roebuck, South Carolina and intend to remain there. As such, for purposes of citizenship, Best Tunneling is a citizen of South Carolina.

## JURISDICTION AND VENUE

3.      This Court has subject matter over this action pursuant to 28 U.S.C. § 1332(a)(1). This action satisfies the complete diversity of citizenship requirement.

4.      This action also satisfies the amount in controversy requirement of 28 U.S.C. § 1332(a).

5.      Venue is proper in the United Stated District Court for the District of New Jersey because a substantial part of the events giving rise to the claims occurred in this district. 28 U.S.C. § 1391(b)(2). Specifically, because Clydesdale is based in New Jersey, the harm suffered has occurred in New Jersey.

## FACTUAL ALLEGATIONS

6.      Clydesdale  provided steel materials to Best Tunneling to for its use on construction projects in Texas and Colorado pursuant to invoices that were issued at the time of shipment of the materials

7.      Clydesdale properly performed all material obligations it owed to Best Tunneling under the invoices issued to Best Tunneling on the subject construction

projects, including, but not limited to providing quality materials as requested by Best Tunneling.

8.    Clydesdale submitted invoices to Best Tunneling setting forth the amounts due for the services Clydesdale provided to Best Tunneling.

9.    Best Tunneling accepted the services and materials that Clydesdale provided without objection.

10.    The invoices contain a Net 30 term, which requires that payment in full be made within thirty (30) days.

11.    Although Clydesdale submitted invoices for the materials and services it provided to Best Tunneling in accordance with the terms contained in the Invoices, Best Tunneling failed to make payment in the amount of $99,774.29.

12.    There are four specific invoices that remain wholly or partially unpaid: (1) the September 9, 2024 Invoice No. 2034 for $34,514.56, which was partially paid by Best Tunneling over a five month period months after payment was due, with $368.56 still unpaid (Exhibit A hereto); (2) the November 8, 2024 Invoice No. 2090 for $19,853.73, which remains completely unpaid (Exhibit B hereto); (3) the March 7, 2025 Invoice No. 2148 for $19,180.00, which remains completely unpaid (Exhibit C hereto); and (4) the April 14, 2025 Invoice No. 2173 for $60,372.00, which remains completely unpaid (Exhibit D hereto) (collectively the "Invoices").

13.    Pursuant to the terms of the Invoices, Best Tunneling was required to

remit payment to Clydesdale within 30 days after the date of each invoice. Invoices Nos. 2034, 2090, and 2173 relate to projects in Texas. Invoice No. 2148 relates to a project in Colorado.

14.    Best Tunneling never voiced any objection to the amounts of Clydesdale's Invoices (which remain unpaid to this day), nor did they raise any concern about the quality of work performed by or on behalf of Clydesdale.

15.    On August 21, 2025, Clydesdale, through its counsel, sent a letter to Best Tunneling identifying the overdue balance and seeking prompt payment. A copy of the letter is annexed hereto as Exhibit E. Clydesdale received no written response to this letter, but Best Tunneling orally promised to remit the overdue payment on one or more occasions, including once on September 12, 2025.  Best Tunneling did not keep that promise.

16.    Clydesdale has made several efforts to obtain the outstanding payments from Best Tunneling directly through correspondence, but Clydesdale has been unsuccessful. Despite Best Tunneling's repeated oral admissions that payment is due and oral promises to make payment, Best Tunneling has failed to remit such payment.

17.    As of the date of this filing, Best Tunneling has failed to pay Clydesdale for its past due amounts and Invoices despite the clear material obligations of Best Tunneling to make payment.

18.    Best Tunneling has breached its contractual agreement with Clydesdale by failing to pay for the materials and services Clydesdale provided to Best Tunneling.

19.    As a result of Best Tunneling's failure to pay Clydesdale for services provided to it, there remains an outstanding receivable balance in the amount of $99,774.29.

## AS AND FOR A FIRST CAUSE OF ACTION
(Breach of Contract)

20.    Clydesdale repeats and realleges all of the foregoing allegations set forth in Paragraphs "1" through "19" as though fully set forth at length herein.

21.    The Invoices issued by Clydesdale and accepted by Best Tunneling constitute an agreement for Clydesdale to provide steel materials and for Best Tunneling to make complete payments to Clydesdale for the same.

22.    Clydesdale performed all material obligations to Best Tunneling.

23.    Pursuant to the terms of the Invoices, Best Tunneling was obligated to pay sums to Clydesdale in the amount of $99,774.29.

24.    Despite Clydesdale's attempts to recoup what it is owed, Best Tunneling breached the terms of the Invoices by failing to remit payment to Clydesdale for the services provided to it.

25.    To date, Best Tunneling has failed to remit payment to Clydesdale for the past due services provided to it.

26.     Based on the foregoing and as a result of Best Tunneling's breach of the agreement and invoices with Clydesdale, Clydesdale has suffered and continues to suffer, economic loss and damage in excess of $99,774.29.

## AS AND FOR A SECOND CAUSE OF ACTION
(Account Stated)

27.     Clydesdale repeats and realleges all of the foregoing allegations set forth in Paragraphs "1" through "26" as though fully set forth at length herein.

28.     Clydesdale issued the Invoices to Best Tunneling for the services it provided to Best Tunneling in accordance with the terms agreed to by the parties and the terms contained in the Invoices.

29.     The Invoices provide a detailed description of services and items provided, quantity, rate, and amount.

30.     Each Invoice stated the amount due along with the corresponding due date.

31.     Best Tunneling never voiced any objection to the amount of Clydesdale's Invoices.

32.     The Invoices were received and retained by Best Tunneling beyond a reasonable time without objection from Best Tunneling.

33.     By retaining the Invoices beyond a reasonable time without objection, Best Tunneling promised both expressly and implicitly to pay the balances stated therein.

6

34.    By retaining the Invoices beyond a reasonable time without objection, the balances stated therein were established as an account stated.

35.    Clydesdale has incurred, and continues to incur, attorneys' fees and expenses in an effort to collect its outstanding invoices from Best Tunneling.

36.    Best Tunneling has unreasonably refused to pay the amounts owed to Clydesdale, despite Clydesdale's attempts at resolving the dispute.

## AS AND FOR A THIRD CAUSE OF ACTION
### (Quantum Meruit, In the Alternative)

37.    Clydesdale repeats and realleges all of the foregoing allegations set forth in Paragraphs "1" through "36" as though fully set forth at length herein.

38.    Clydesdale performed its services on Best Tunneling's behalf, at its request.

39.    Best Tunneling was fully aware of the activities undertaken by Clydesdale on its behalf.

40.    Best Tunneling benefitted from the services provided by Clydesdale.

41.    Best Tunneling repeatedly assured and represented to Clydesdale that any outstanding invoices would be paid.

42.    Notwithstanding Best Tunneling's request for, and acceptance of, such services, Best Tunneling failed to pay for Clydesdale's services and its outstanding Invoices remain unpaid as of this date.

43.     As a direct and proximate result of such failure, Clydesdale has suffered substantial damages in an amount not less than $99,774.29.

## AS AND FOR A FOURTH CAUSE OF ACTION
(Violation of Colorado's Prompt Payment Act)

44.     Clydesdale repeats and realleges all of the foregoing allegations set forth in Paragraphs "1" through "43" as though fully set forth at length herein.

45.     Invoice No. 2148 relates to a construction project in Colorado. Pursuant to C.R.S. 24-91-103(2), Best Tunneling has violated Colorado's Prompt Payment act by failing to make timely payments for Invoice No. 2148, totaling $19,180.00, to Clydesdale.

46.     Due to Best Tunneling's failure to remit timely payment, the outstanding balance owed to Clydesdale is subject to the 1.5% interest rate violation per month.

47.     Therefore, in addition to the $19,180.00 owed outright, Best Tunneling currently owes $1,726.20 to Clydesdale in interest under Colorado's Prompt Payment Act, and such penalties will continue to accrue at the rate of $287.70 per month.

## AS AND FOR A FIFTH CAUSE OF ACTION
(Violation of Texas' Prompt Payment Act)

48.     Clydesdale repeats and realleges all of the foregoing allegations set forth in Paragraphs "1" through "47" as though fully set forth at length herein.

49.     Invoices Nos. 2034, 2090, and 2173 relate to construction projects in Texas. Pursuant to Tex. Govt. Code 2251.025, Best Tunneling has violated Texas' Prompt Payment act by failing to make timely payments for Invoices Nos. 2034, 2090, and 2173, totaling $80,594.29, to Clydesdale.

50.     Due to Best Tunneling's failure to remit timely payment, the outstanding balance owed to Clydesdale is subject to the 9.5% interest rate violation per year.

51.     Therefore, Best Tunneling owes $6,996.49 to Clydesdale in interest penalties under Texas' Prompt Payment Act.

52.     Interest will continue to accrue against Best Tunneling and in favor of Clydesdale in the amount of $638.04 per month.

53.     Clydesdale is entitled to a recovery of its attorney's fees incurred by it to recover the amounts wrongfully withheld from it by Best Tunneling pursuant to Tex. Govt. Code 2251.043.

**WHEREFORE**, Clydesdale prays this Court for a judgment as follows:

A.     On the First Cause of Action for breach of contract, a judgment against Best Tunneling and in Clydesdale's favor for damages in an amount not less than $99,774.29 together with interest, costs, and attorneys' fees to be determined at trial;

B.     On the Second Cause of Action for account stated, a judgment against Best Tunneling and in Clydesdale's favor for damages in an amount not less than $99,774.29 together with interest, costs, and attorneys' fees to be determined at trial;

C.     On the Third Cause of Action for quantum meruit, in the alternative, a judgment against Best Tunneling and in Clydesdale's favor for damages in an amount not less than $99,774.29 together with interest, costs, and attorneys' fees to be determined at trial;

D.     On the Fourth Cause of Action for violation of Colorado's Prompt Payment Act, a judgment against Best Tunneling and in Clydesdale's favor for damages in an amount not less than $1,726.20 plus continuing interest of $287.70 per month;

E.     On the Fifth Cause of Action for violation of Texas' Prompt Payment Act, a judgment against Best Tunneling and in Clydesdale's favor for damages in an amount not less than $6,964.49 plus continuing interest in the amount of $638.04 per month plus counsel fees; and

F.     For such other and further relief as the Court shall deem just and proper.

## **JURY DEMAND**

Clydesdale hereby demands a jury trial on all issues so triable.

Dated: October 16, 2025

**COZEN O'CONNOR**

By: */s/*        Emma M. Lombard
Emma M. Lombard, Esq.
(NJ ID 371422021)
3 WTC, 175 Greenwich St.
New York, NY 10007
elombard@cozen.com
(212) 908-1329
*Attorneys for Plaintiff, Clydesdale Steel, LLC*

## <u>LOCAL CIVIL RULE 11.2 CERTIFICATION</u>

Pursuant to Local Civil Rule 11.2, On behalf of Plaintiff, Clydesdale Steel, LLC, I certify that the within matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding, nor is any other action contemplated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of 2025.          By: */s/*        Emma M. Lombard
Emma M. Lombard

LEGAL\80859344\1

# EXHIBIT A

**Clydesdale Steel**

316 Tennent Rd
Morganville, NJ  07751 US
+17324302050
info@clydesdalesteel.com



# INVOICE

| BILL TO | SHIP TO | SHIP VIA | truck dlvd | INVOICE | 2034 |
|---|---|---|---|---|---|
| Best Tunneling & Boring | Best Tunneling & Boring | | | DATE | 09/09/2024 |
| 160 Staton Dr # S-42-435 | Bob Bullick Loop and The Loop Blvd | | | TERMS | Net 30 |
| Roebuck, SC  29376 US | Laredo TX | | | DUE DATE | 10/09/2024 |

REFERENCE #
LRD101

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Steel Pipe | New 30" OD x .625" nom wall domestic melted and manufactured in USA steel pipe, ASTM A252 Grade 3 4ea 40' long DRL | 159.20 | 216.80 | 34,514.56 |

Thank you for your business!

| | | |
|---|---|---|
| SUBTOTAL | | 34,514.56 |
| TAX | | 0.00 |
| TOTAL | | 34,514.56 |
| BALANCE DUE | | **$34,514.56** |

**Pay invoice**

# EXHIBIT B

**Clydesdale Steel**

316 Tennent Rd
Morganville, NJ  07751 US
+17324302050
info@clydesdalesteel.com



# INVOICE

| BILL TO | SHIP TO | SHIP VIA | truck dlvd | INVOICE | 2090 |
|---|---|---|---|---|---|
| Best Tunneling & Boring | Best Tunneling & Boring | | | DATE | 11/08/2024 |
| 160 Staton Dr # S-42-435 | Seguin, TX | | | TERMS | Net 30 |
| Roebuck, SC  29376 US | | | | DUE DATE | 12/08/2024 |

REFERENCE #
Seguin TX

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Steel Pipe | Surplus 30" x .429" nom wall steel pipe, FBE coated 10.6' 23.4' 33.4' 37.1' 38.1' 42' | 184.60 | 107.55 | 19,853.73 |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 19,853.73 |
| TAX | 0.00 |
| TOTAL | 19,853.73 |
| **BALANCE DUE** | **$19,853.73** |

[ Pay invoice ]

# EXHIBIT C

**CLYDESDALE STEEL**

316 Tennent Rd, Suite 102
Morganville, NJ  07751 US
+17324302050
info@clydesdalesteel.com



CLYDESDALE
S T E E L

# INVOICE

| BILL TO | SHIP TO | SHIP VIA | | INVOICE | 2148 |
|---|---|---|---|---|---|
| Best Tunneling & Boring | Best Tunneling & Boring | | truck dlvd | DATE | 03/07/2025 |
| 160 Staton Dr | Denver CO | | | TERMS | Net 30 |
| Roebuck, SC  29376 US | | | | DUE DATE | 04/06/2025 |

REFERENCE #
Denver24

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Steel Pipe | New domestic 24" OD x .375" nom wall steel pipe, ASTM A252 Grade 2/3<br><br>* Price includes delivery to jobsite | 140 | 137.00 | 19,180.00 |

Thank you for your business!

| | | |
|---|---|---|
| SUBTOTAL | | 19,180.00 |
| TAX | | 0.00 |
| TOTAL | | 19,180.00 |
| BALANCE DUE | | **$19,180.00** |

**Pay invoice**

# EXHIBIT D

**CLYDESDALE STEEL**

316 Tennent Rd, Suite 102
Morganville, NJ  07751 US
+17324302050
info@clydesdalesteel.com



# INVOICE

| BILL TO | SHIP TO | SHIP VIA | truck dlvd | INVOICE | 2173 |
|---|---|---|---|---|---|
| Best Tunneling & Boring | Best Tunneling & Boring | | | DATE | 04/14/2025 |
| 160 Staton Dr | South Bicentennial Boulevard | | | TERMS | Net 30 |
| Roebuck, SC  29376 US | McAllen, TX | | | DUE DATE | 05/14/2025 |

REFERENCE #
McAllen Airport

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Steel Pipe | New 42" OD x .600" Surplus API 5L X70 Straight Seam FBE/Flow Beveled Ends 5ea 40.2'-40.7' long 1ea 23.6 <br><br> * Manufactured in USA with import steel | 223.60 | 270.00 | 60,372.00 |

Thank you for your business!

| | | |
|---|---|---|
| SUBTOTAL | | 60,372.00 |
| TOTAL | | 60,372.00 |
| BALANCE DUE | | **$60,372.00** |

**Pay invoice**

# EXHIBIT E



August 21, 2025

**Richard D. Kalson**
Direct Phone   212-453-3729
Direct Fax        646-461-2073
rkalson@cozen.com

**VIA MAIL & EMAIL:**
**(CMISSEN@BEST-UNDERGROUND.COM)**
**(NMISSEN@BEST-UNDERGROUND.COM)**

Ms. Chastity Missen
Mr. Neville Missen
Best Tunneling & Boring, LLC
160 Station Drive
Roebuck, SC 29376

**Re:    Clydesdale Steel Invoices Nos. 2034, 2090, 2148, and 2173**

Dear Ms. Missen and Mr. Missen

 Please be informed that this law firm represents Clydesdale Steel ("Clydesdale") in its claim against Best Tunneling & Boring. ("Best") for its unpaid balance of $99,774.29 that is long overdue.  There can be no doubt that these amounts are due as Clydesdale has fully performed its obligations and Best has never denied such debt.  Instead, to the contrary, in your last response to a Clydesdale inquiry, Ms. Missen wrote on July 18, 2025, " Please provide an updated statement. I will discuss the account with Neville and get back to you this afternoon."  The requested information, that was already in Best's possession was resent the next business day and has not elicited a response, let alone a payment.  Unfortunately, Best has chosen not to make payment in full to Clydesdale in response to Clydesdale's Invoice No. 2034, instead making sporadic partial payments in response to this invoice and completely failed to make any payment in response to Invoice Nos. 2090, 2148, and 2173.

The following attached invoices have inexcusably not been paid by Best:

1)  September 9, 2024 Invoice No. 2034 for $34,514.56 belatedly paid in part over a  five month period months after payment was due, with $368.56 still unpaid;

2)  November 8, 2024 Invoice No. 2090 for $19,853.73;

3)  March 7, 2025 Invoice No. 2148 for $19,180.00; and

4)  April 14, 2025 Invoice No. 2173 for $60,372.00.

August 21, 2025
Page 2

_____

Pursuant to the terms of each invoice, payment was owed by Best to Clydesdale within 30 days after the date of each invoice.  Therefore, statutory interest at the annual rate of nine and one half percent (9.5%) is due to Clydesdale under Tex. Govt. Code 2251.025 on all overdue amounts on the three Texas Invoices.  Interest on the overdue Colorado invoice is accumulating at the rate of one and a half percent (1.5%) per month under Colorado Rev. Statute 24-91-103(2).  This interest now cumulatively totals $5,443.42 and will continue to increase each month by $977.86.  Furthermore, now that Clydesdale has retained me to pursue the collection of the sums that are due to it, Clydesdale is entitled to attorney's fees under Tex. Govt. Code 2251.043.  These fees now total in excess of $2,000.00.

As set forth above, Best currently owes Clydesdale a total of $107,217.71 as a result of its payment failures.  However, in a final effort to settle this matter amicably due to Clydesdale's valued business relationship with Best, Clydesdale will accept payment of $99,774.29 if received by Clydesdale from Best on or before August 28, 2025.  Otherwise, Clydesdale will file a Complaint in court against Best and will be entitled to payment of further interest and all of its attorney's fees.

I look forward to receiving a prompt response from Best, or preferably from its legal counsel, confirming that payment will be made by Best on or before August 28, 2025.


Very truly yours,

COZEN O'CONNOR

BY:    RICHARD D. KALSON

RDK


Encls.

cc:  Clydesdale Steel (via email)

August 21, 2025
Page 3



**Clydesdale Steel**
316 Tennent Rd
Morganville, NJ  07751 US
+17324302050
info@clydesdalesteel.com

## INVOICE

| BILL TO | SHIP TO | SHIP VIA | truck dlvd | INVOICE | 2034 |
|---|---|---|---|---|---|
| Best Tunneling & Boring | Best Tunneling & Boring | | | DATE | 09/09/2024 |
| 160 Staton Dr # S-42-435 | Bob Bullick Loop and The Loop Blvd | | | TERMS | Net 30 |
| Roebuck, SC  29376 US | Laredo TX | | | DUE DATE | 10/09/2024 |

REFERENCE #
LRD101

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Steel Pipe | New 30" OD x .625" nom wall domestic melted and manufactured in USA steel pipe, ASTM A252 Grade 3 4ea 40' long DRL | 159.20 | 216.80 | 34,514.56 |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 34,514.56 |
| TAX | 0.00 |
| TOTAL | 34,514.56 |
| **BALANCE DUE** | **$34,514.56** |

Pay invoice

August 21, 2025
Page 4

---



**CLYDESDALE STEEL**
213 Sherwood Dr
Freehold, NJ 07728-1326 US
info@clydesdalesteel.com

## Statement

TO

Best Tunneling & Boring
160 STATON DRIVE S-42-
4359
ROEBUCK, SC 29376 USA

STATEMENT NO. 1125
DATE 08/14/2025
TOTAL DUE $99,774.29
ENCLOSED

| DATE | DESCRIPTION | AMOUNT | OPEN AMOUNT |
|---|---|---|---|
| 09/09/2024 | Invoice #2034: Due 10/09/2024. | 34,514.56 | 368.56 |
| 11/08/2024 | Invoice #2090: Due 12/08/2024. | 19,853.73 | 19,853.73 |
| 03/07/2025 | Invoice #2148: Due 04/06/2025. | 19,180.00 | 19,180.00 |
| 04/14/2025 | Invoice #2173: Due 05/14/2025. | 60,372.00 | 60,372.00 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 99,774.29 | $99,774.29 |

August 21, 2025
Page 5

_____



**Clydesdale Steel**
316 Tennent Rd
Morganville, NJ  07751 US
+17334302050
info@clydesdalesteel.com

## INVOICE

| BILL TO | SHIP TO | SHIP VIA | | INVOICE | 2090 |
|---|---|---|---|---|---|
| Best Tunneling & Boring | Best Tunneling & Boring | | truck dlvd | DATE | 11/08/2024 |
| 160 Staton Dr # S-42-435 | Seguin, TX | | | TERMS | Net 30 |
| Roebuck, SC  29376 US | | | | DUE DATE | 12/08/2024 |

REFERENCE #
Seguin TX

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Steel Pipe | Surplus 30" x .429" nom wall steel pipe, FBE coated 10.6' 23.4' 33.4' 37.1' 38.1' 42' | 184.60 | 107.55 | 19,853.73 |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 19,853.73 |
| TAX | 0.00 |
| TOTAL | 19,853.73 |
| BALANCE DUE | **$19,853.73** |

Pay invoice

August 21, 2025
Page 6



**CLYDESDALE STEEL**
316 Tennent Rd, Suite 102
Morganville, NJ  07751 US
+17324302050
info@clydesdalesteel.com

**CLYDESDALE STEEL**

## INVOICE

| BILL TO | SHIP TO | SHIP VIA | truck dlvd | INVOICE | 2148 |
|---------|---------|----------|------------|---------|------|
| Best Tunneling & Boring | Best Tunneling & Boring | | | DATE | 03/07/2025 |
| 160 Staton Dr | Denver CO | | | TERMS | Net 30 |
| Roebuck, SC  29376 US | | | | DUE DATE | 04/06/2025 |

REFERENCE #
Denver24

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|------|-------------|-----|------|--------|
| | Steel Pipe | New domestic 24" OD x .375" nom wall steel pipe, ASTM A252 Grade 2/3 | 140 | 137.00 | 19,180.00 |
| | | * Price includes delivery to jobsite | | | |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 19,180.00 |
| TAX | 0.00 |
| TOTAL | 19,180.00 |
| **BALANCE DUE** | **$19,180.00** |

[Pay invoice]

August 21, 2025
Page 7



**CLYDESDALE STEEL**
316 Tennent Rd, Suite 102
Morganville, NJ  07751 US
+17324302050
info@clydesdalesteel.com

## INVOICE

| BILL TO | SHIP TO | SHIP VIA | | INVOICE | 2173 |
|---|---|---|---|---|---|
| Best Tunneling & Boring | Best Tunneling & Boring | | truck dlvd | DATE | 04/14/2025 |
| 160 Staton Dr | South Bicentennial Boulevard | | | TERMS | Net 30 |
| Roebuck, SC  29376 US | McAllen, TX | | | DUE DATE | 05/14/2025 |

REFERENCE #
McAllen Airport

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Steel Pipe | New 42" OD x .600" Surplus API 5L X70 Straight Seam FBE/Flow Beveled Ends 5ea 40.2'-40.7' long 1ea 23.6 " Manufactured in USA with import steel | 223.60 | 270.00 | 60,372.00 |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 60,372.00 |
| TOTAL | 60,372.00 |
| **BALANCE DUE** | **$60,372.00** |

Pay invoice